IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ECOLAB INC.<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>GURTLER CHEMICALS, INC. D/B/A<br>GURTLER INDUSTRIES, INC.<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No.<br>0:14-cv-00495-JNE-SER<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF PATRICK J. SMITH IN SUPPORT OF DEFENDANT'S MOTION FOR AN AWARD OF ATTORNEYS' FEES**

I, Patrick J. Smith, hereby declare and state as follows:

1. I, Patrick J. Smith am an attorney in the Chicago office of Greer, Burns & Crain, Ltd. and am one of Defendant Gurtler Chemicals, Inc., d/b/a Gurtler Industries, Inc. ("Gurtler") counsel in the above-referenced matter. I am over the age of eighteen years, and have personal knowledge of the facts that are stated herein. I am submitting this declaration in support of Gurtler's Motion for Attorneys' Fees.

2. Attached hereto as **Exhibit A** is a true and correct copy of a Report and Recommendation dated February 3, 2017 from case no. 14-cv-4857 in the United States District Court for the District of Minnesota, captioned M-I Drilling Fluids UK Ltd. v. Dynamic Air Inc.

1

3. Attached hereto as **Exhibit B** is a true and correct copy of a communication dated August 21, 2001, regarding European Patent Application No. 00 400 093.1-1221 sent on behalf of Ecolab to the European Patent Office.

4. Attached hereto as **Exhibit C** is a true and correct copy of a letter sent on July 3, 2014 to counsel for Ecolab Inc. in the present case.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email sent on July 8, 2014 from counsel for Ecolab Inc. in the present case.

6. Attached hereto as **Exhibit E** is a true and correct copy of an Order dated May 4, 2016 from the United States Patent and Trademark Office ("USPTO") granting the Request for Reexamination of U.S. Pat. No. 6,262,013 in response to the second Request for Reexamination Gurtler caused to be filed in this case.

7. Attached hereto as **Exhibit F** is a true and correct copy of an Office Action dated October 6, 2016 issued by the USPTO for Reexamination Control No. 90/013,720 (the second reexamination).

8. Attached hereto as **Exhibit G** is a true and correct copy of a Response submitted by Ecolab Inc. on January 5, 2017 in response to the Office Action attached as Exhibit F.

9. Attached hereto as **Exhibit H** is a true and correct copy of the English translation of DE 39 29 335 that was submitted to the USPTO by Gurtler with its second Reexamination Request.

10. Attached hereto as **Exhibit I** is a true and correct copy of a search report dated June 23, 2000 and issued by the European Patent Office regarding European Patent Application No. 00 400 093.1-1221.

11. Attached hereto as **Exhibit J** is a true and correct copy of an examination report dated April 23, 2001 and issued by the European Patent Office regarding European Patent Application No. 00 400 093.1-1221.

12. Attached hereto as **Exhibit K** is a true and correct copy of an Information Disclosure Statement filed with the USPTO during the original prosecution of U.S. Pat. No. 6,262,013.

13. Attached as **Exhibit L** is a true and correct copy of a letter and selected production pages sent to counsel for Ecolab Inc. on or about November 10, 2014.

14. Attached hereto as **Exhibit M** is a true and correct copy of a translation of WO 91/03590 submitted by Ecolab Inc. to the USPTO in Reexamination Control No. 90/013,369 (the first reexamination).

15. Attached hereto as **Exhibit N** is a true and correct copy of an Information Disclosure Statement submitted by Ecolab Inc. to the USPTO on May 20, 2016 in Reexamination Control No. 90/013,369 (the first reexamination).

16. Attached hereto as **Exhibit O** is a true and correct copy of U.S. Pat. No. 5,200,189.

17. Attached hereto as **Exhibit P** is a true and correct copy of a Decision on Appeal, dated September 8, 2016, of the Patent Trial and Appeals Board ("PTAB") in Reexamination Control No. 90/013,369 (the first reexamination).

18. Attached hereto as **Exhibit Q** is a true and correct copy of U.S. Pat. No. 6,024,986.

19. Attached hereto as **Exhibit R** is a true and correct copy of U.S. Pat. No. 5,437,868.

20. Attached hereto as **Exhibit S** is a true and correct copy of U.S. Pat. No. 4,051,059.

21. Attached hereto as **Exhibit T** are true and correct copies of cover pages from 24 patents owned by Ecolab which refer to U.S. Pat. No. 4,051,059.

22. Attached hereto as **Exhibit U** is a true and correct copy of International Patent Publication No. WO 95/28471.

23. Attached hereto as **Exhibit V** is a true and correct copy of an Interview Summary mailed April 18, 2016 for the USPTO Pilot Program to waive Patent Owner's Statement for Reexamination Control No. 90/013,720 (the second reexamination).

24. Attached hereto as **Exhibit W** is a true and correct copy of a Petition for an Extension of Time dated October 19, 2016 filed by Ecolab in Reexamination Control No. 90/013,369 (the first reexamination).

25. Attached as **Exhibit X** is a true and correct copy of a Petition Decision dated October 27, 2016 issued by the PTAB in response to the Petition attached as Exhibit W.

26. Attached hereto as **Exhibit Y** is a true and correct copy of a Petition for an Extension of Time dated November 14, 2016 filed by Ecolab in Reexamination Control No. 90/013,720 (the second reexamination).

27. Attached hereto as **Exhibit Z** is a true and correct copy of a Declaration of Jonathan Fast Under 37 C.F.R. 1.132 filed on January 5, 2017 (but executed on June 3, 2015) by Ecolab in Reexamination Control No. 90/013,720 (the second reexamination).

28. Attached hereto as **Exhibit AA** is a true and correct copy of a letter dated November 20, 2018 sent to counsel for Ecolab Inc. The letter accurately reflects the settlement offer made by Ecolab Inc.

29. Attached hereto as **Exhibit BB** is a true and correct copy of a Decision on Appeal dated August 29, 2018 of the PTAB for both Reexamination Control No. 90/013,369 (the first reexamination) and Reexamination Control No. 90/013,720 (the second reexamination).

30. Attached hereto as **Exhibit CC** are true and correct copies of Notices of Appeal to the Federal Circuit filed on October 30, 2018 by Ecolab for both Reexamination Control No. 90/013,369 (the first reexamination) and Reexamination Control No. 90/013,720 (the second reexamination).

31. Attached hereto as **Exhibit DD** is a true and correct copy of an Order from the Clerk of the United States Court of Appeals for the Federal Circuit dismissing the appeals filed by Ecolab Inc.

32. Attached hereto as **Exhibit EE** are true and correct copies of invoices for services provided to Gurtler by Greer, Burns, and Crain in association with present matter.

33. Attached hereto as **Exhibit FF** are true and correct copies of selected pages from the 2015 AIPLA Report of the Economic Survey provided by the American Intellectual Property Law Association and from the 2017 AIPLA Report of the Economic Survey provided by the American Intellectual Property Law Association.

34. Attached hereto as **Exhibit GG** are true and correct copies of invoices for services provided to Gurtler by Gardiner, Koch, Weisberg & Wrona in association with present matter.

35. Attached hereto as **Exhibit HH** are true and correct copies of invoices for services provided to Gurtler by Patterson Thuente Pedersen, P.A. in association with present matter.

36. Attached hereto as **Exhibit II** is a true and correct copy of a Request to Reopen Prosecution dated November 8, 2016 filed by Ecolab in Reexamination Control No. 90/013,369 (the first reexamination).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April 2019

By:   /s/ Patrick J. Smith